The People of the State of New York, Respondent, v Ina V. Kurz, Appellant.

Submitted March 10, 2008; decided March 25, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.70, 450.90).

---

The People of the State of New York, Respondent, v Ernest W. Vann, Appellant.

Submitted March 17, 2008; decided March 25, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

---

The People of the State of New York ex rel. Ronald J. Hall, Appellant, v Deborah L. Keysor, as Acting Superintendent of Altona Correctional Facility, Respondent.

Submitted February 19, 2008; decided March 25, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.